**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**SHERRY L. HOUSE,**

                **Plaintiff,**

     **v.**                                       **7:09-CV-0913**

**COMMISSIONER OF SOCIAL SECURITY,**

                **Defendant.**
_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| Conboy, McKay Law Firm<br>307 State Street<br>Carthage, NY 13619<br>Counsel for Plaintiff | Lawrence D. Hasseler, Esq. |
| Social Security Administration<br>Office of Regional General Counsel<br>Region II<br>26 Federal Plaza - Room 3904<br>New York, New York 10278<br>Counsel for Defendant | Dennis J. Canning, Esq.<br>Special Assistant U.S. Attorney |

**NORMAN A. MORDUE, U. S. DISTRICT JUDGE**

### ORDER

     The above matter comes to me following a Report-Recommendation by Magistrate Judge Victor E. Bianchini, duly filed on the 29th day of February 2012. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

     **ORDERED** that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The Commissioner is granted judgment on the pleadings and that Plaintiff's motion for judgment on the pleadings is denied.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: March 23, 2012
Syracuse, New York

_____
Honorable Norman A. Mordue
U.S. District Judge